IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO: C-1-00-0159 ) ) |
| PEGGY D. LEWIS, aka PEGGY D. HOWARD, SSN: XXX-XX-9999 | ) JUDGE SPIEGEL ) ) |
| Defendant, | ) ) |
| and | ) ) |
| Spirit Of America | ) ) |
| Garnishee. | ) |

## ORDER FOR A WRIT OF CONTINUING GARNISHMENT

Upon application of Plaintiff (doc. 13), the United States, for a Writ of Continuing Garnishment, the Court hereby finds that the application meets the requirements of Title 28 U.S.C. §3205, and GRANTS Plaintiff's application.

IT IS SO ORDERED.

DATE: 4/16/08

S. Arthur Spiegel
United States Senior District Judge