IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO: C-1-00-0159 |
| vs. | ) |
| | ) |
| PEGGY D. LEWIS, | ) JUDGE SPIEGEL |
| aka PEGGY D. HOWARD, | ) |
| SSN: XXX-XX-9999 | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| Spirit Of America | ) |
| | ) |
| Garnishee. | ) |

## WRIT OF CONTINUING GARNISHMENT

TO THE ATTENTION OF:   Spirit Of America
Attn: Human Resources
3750 State Road
Bensalem, PA 19020

An application for a Writ of Continuing Garnishment against the property of Defendant, Peggy D. Lewis, also referred to as "debtor" or "judgment debtor" (including but not limited to nonexempt disposable earnings), has been filed with this Court.

A judgment was entered against Peggy D. Lewis in Case No. C-1-00-0159 on May 30, 2000 in the amount of $5,114.16. The amount of said debt that remains unpaid and due and owing is $6,492.25 ($6,164.92 principal and $327.33 interest) as of April 7, 2008, with additional interest accruing thereafter at the rate of 6.197 percent per annum.

The United States is represented by Deborah F. Sanders, Assistant United States Attorney, Southern District of Ohio, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215-2401.

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control or possession, any property owned by the judgment debtor, including any and all equipment and/or monies.

You must file the original written answer to this Writ within ten (10) days of your receipt of this Writ with the United States District Clerk at:

>Clerk U.S. District Court
>U.S. Postoffice & Courthouse, Rm #103
>Cincinnati, Oh 45202

Additionally, you are required by law to serve a copy of this answer upon the judgment debtor at:

>Peggy D. Lewis
>1700 Stephanie Dr.
>Williamsburg, OH 45176

and upon the Government at:

>Deborah F. Sanders
>Assistant United States Attorney
>Southern District of Ohio
>303 Marconi Boulevard, Suite 200
>Columbus, Ohio 43215-2401
>(614) 469-5715

NOW THEREFORE, YOU ARE HEREBY COMMANDED to withhold and retain any property, equipment and/or monies in which the debtor has a substantial nonexempt interest and for which you are or may become further indebted to the judgment debtor pending further order of the Court.

Under the law, there is property which may be exempt from this Writ of Continuing Garnishment. Property which may be exempt and which is not subject to this order is listed on the attached Claim for Exemption Form. All nonexempt property belonging to Peggy D. Lewis must be held from and retained by you pending further order of the Court.

If you fail to answer this Writ or to withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the Defendant any item attached by this Writ. Additionally, you may be held liable for reasonable attorney's fees to the United States of America.

The garnishment shall terminate only by one of the following:

1. A court order quashing the Writ of Continuing Garnishment;

2. Exhaustion of property in the possession, custody or control of the garnishee in which the debtor has a substantial nonexempt interest (including nonexempt disposable earnings) unless the garnishee reinstates or re-employs the judgment debtor within 90 days after the judgment debtor's dismissal or resignation; or

3. Satisfaction of the debt with respect to which the Writ is issued.

Questions are to be directed to:

        Deborah F. Sanders
        Assistant United States Attorney
        Southern District of Ohio
        303 Marconi Boulevard, Suite 200
        Columbus, Ohio 43215-2401
        (614) 469-5715

_____
DATE

_____
S. Arthur Spiegel
United States Senior District Judge