IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff<br><br>　　　vs.<br><br>PEGGY D. LEWIS,<br>aka PEGGY D. HOWARD,<br>SSN: XXX-XX-9999<br>　　　　Defendant,<br><br>　　　　and<br><br>Spirit Of America<br><br>　　　　Garnishee. | )<br>)<br>) CASE NO: 1:00-CV-0159<br>)<br>)<br>) JUDGE SPIEGEL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AGREED FINAL ORDER IN GARNISHMENT

The parties, the United States of America by its representative the United States Attorney for the Southern District of Ohio, Defendant, Peggy Lewis, and Garnishee, Spirit of America agree and stipulate that:

1.　　This debt arises from a Judgment entered in favor of the Plaintiff against Defendant in Action No. 1:00-CV-0159. The amount of said judgment debt that remains unpaid and due and owing is: $6,492.25 ($6,164.92 principal and $327.33 interest) as of April 7, 2008, with additional interest accruing thereafter at the rate of 6.197 percent per annum.

2.　　Defendant's last known address is: 1700 Stephanie Dr., Williamsburg, OH 45176

3.　　The Garnishee is believed to have in its possession, custody or control, property of the Defendant in the form of wages and/or bonuses paid to the Defendant.

4. The name and mailing address of the Garnishee or its authorized agent is:

> Spirit of America
> Attn: Human Resources/Payroll
> 3750 State Road
> Bensalem, PA 19020

5. The Defendant waives service of an Application for a Writ of Continuing Garnishment Pursuant to §3205 of the Federal Debt Collection Procedures Act, 28 U.S.C. §3205, and further waives his right to a hearing under §3205 of the Federal Debt Collection Procedures Act, 28 U.S.C. §3205 and any other process to which the Defendant may be entitled under the Act.

6. The Garnishee waives service of an Application for a Writ of Continuing Garnishment pursuant to §3205 of the Federal Debt Collection Procedures Act, 28 U.S.C §3205 and further waives its right to answer and waives being heard in this matter and any other process to which the Garnishee may be entitled under the Act.

7. The Defendant agrees and stipulates that her wages and/or bonuses are subject to garnishment and expressly agrees and stipulates that the entry of a Final Order in Garnishment is proper.

8. The parties therefore agree and stipulate to the entry of a Final Order in Garnishment against all non-exempt wages and/or bonuses of the Defendant, Peggy Lewis. It is expressly agreed and stipulated to by the parties that the Garnishee, Spirit of America shall pay into the hands of the United States Attorney, bi-weekly $50.00 of Defendant's disposable income from wages and/or bonuses.

9. The parties further agree and stipulate that these sums are to be applied upon the judgment rendered in this cause in the sum of $5,114.16, upon which there is an unpaid balance of $6,492.25 ($6,164.92 principal and $327.33 interest) as of April 7, 2008. These deductions are to continue until the unpaid balance is fully paid and satisfied, or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant, or until further Order of this Court.

10. Garnishment checks should be made payable to:
    Clerk, U. S. District Court
    and mailed to:
    103 Potter Stewart U.S. Courthouse
    100 East Fifth Street
    Cincinnati, Oh 45202

11. **This Order shall take effect immediately.**

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

*/s/ Deborah F. Sanders*
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Fax: (614) 469-5240
Deborah.Sanders@usdoj.gov

*/s/ Peggy Lewis*
PEGGY LEWIS, DEFENDANT
1700 Stephanie Dr.
Williamsburg, OH 45176

*/s/*
SPIRIT OF AMERICA, GARNISHEE
Attn: Human Resources/Payroll
3750 State Road
Bensalem, PA 19020

**APPROVED AND SO ORDERED** this __2__ day of __July__, 2008.

_____          _____
DATE                            UNITED STATES DISTRICT JUDGE