IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CASE NO:  C-1-00-0159 |
| vs. | ) |
| | ) |
| **PEGGY D. LEWIS,** | ) JUDGE SPIEGEL |
| aka **PEGGY D. HOWARD,** | ) |
| SSN: XXX-XX-9999 | ) |
| **Defendant,** | ) |
| | ) |
| and | ) |
| | ) |
| **Spirit Of America** | ) |
| | ) |
| **Garnishee.** | ) |

**PLAINTIFF'S NOTICE OF
CHANGE OF ADDRESS FOR GARNISHMENT DISBURSEMENTS**

Plaintiff, United States of America, respectfully notifies this court that the collection efforts on this case are being monitored by the Department of Justice and the garnishment disbursement records should be changed to reflect this the following address:

Payment shall be made payable to the Department of Justice and shall be sent to:

> U.S. Attorney's Office
> Southern District of Ohio
> 303 Marconi Boulevard, Suite 200
> Columbus, OH  43215-2401

> s/Deborah F. Sanders
> DEBORAH F. SANDERS (0043575)
> Assistant United States Attorney
> Southern District of Ohio
> 303 Marconi Boulevard, Suite 200
> Columbus, Ohio  43215-2401
> (614) 469-5715

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above and foregoing Plaintiff's Notice of Change of Address for Garnishment Disbursements was filed with the Clerk of the Court using the CM/ECF system and mailed by United States Postal Service this 10th day of July, 2008 to:

Peggy D. Lewis
1700 Stephanie Dr.
Williamsburg, OH  45176

Spirit Of America
Attn: Human Resources
3750 State Road
Bensalem, PA 19020

s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney
